# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GIOVANI ABRAHAM RIOS-AVALOS,<br><br>Defendant. | Case No.: 19CR0979-DMS<br><br>**ORDER AND JUDGMENT TO DISMISS INFORMATION WITHOUT PREJUDICE** |

Upon motion of the UNITED STATES OF AMERICA, and good cause appearing,

IT IS ORDERED that the Information in Criminal Case No. 19CR0979-DMS against defendant GIOVANI ABRAHAM RIOS-AVALOS be, and hereby is, dismissed without prejudice;

IT IS SO ORDERED.

DATED: 10-2-19

HON. Dana M. Sabraw
United States District Judge